time Law Association of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–1288. KINDIG ET AL. *v.* DEPARTMENT OF TRANSPORTATION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–1341. THANH VONG HOAI. ET AL. *v.* THANH VAN VO ET AL. C. A. D. C. Cir. Motion of Vietnamese Community of Washington, D. C., Maryland, and Virginia for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this motion and this petition.

No. 91–6026. WION *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 502 U. S. 1100;

No. 91–6318. CHOICE *v.* BEYER ET AL., 502 U. S. 1040;

No. 91–6388. MOORE *v.* O'MALLEY ET AL., 502 U. S. 1042; and

No. 91–6425. PAVLICO *v.* UNITED STATES, 502 U. S. 1102. Petitions for rehearing denied.

No. 91–5429. PIRON *v.* DE GROOTE ET AL., 502 U. S. 912. Petition for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–6802 (A–644). ANDREWS *v.* DELAND, DIRECTOR, UTAH DEPARTMENT OF CORRECTIONS, ET AL., 502 U. S. 1110. Application to suspend the effect of the order denying the petition for writ of certiorari, addressed to JUSTICE BLACKMUN and referred to the Court, denied. Petition for rehearing denied.

APRIL 4, 1992

No. A–735. LEWIS, DIRECTOR OF CORRECTIONS OF ARIZONA, ET AL. *v.* HARDING. Application to vacate the stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the order